**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-357-FDW-DCK**

| | |
|---|---|
| **OFFICE DEPOT, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMERICAN PRODUCTS DISTRIBUTORS,** ) | |
| **INC., and C. RAY KENNEDY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Briefing Schedule On Motion For Reference To The United States Bankruptcy Court For the Western District Of North Carolina" (Document No. 29) filed March 31, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Briefing Schedule On Motion For Reference To The United States Bankruptcy Court For the Western District Of North Carolina" (Document No. 29) is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties to this action shall file either a joint stipulation of dismissal, or move this Court for a modified briefing schedule regarding the Motion for Reference, within five (5) days of the Bankruptcy Court's approval or disapproval of the Stipulation of Settlement.

**SO ORDERED.**

Signed: March 31, 2010

David C. Keesler
United States Magistrate Judge