**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-357-FDW-DCK**

| | |
|---|---|
| **OFFICE DEPOT, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMERICAN PRODUCTS DISTRIBUTORS,** ) | |
| **INC., and C. RAY KENNEDY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Third Joint Motion To Stay Briefing Schedule On Motion For Reference To The United States Bankruptcy Court For The Western District Of North Carolina" (Document No. 33) filed April 29, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion. Further requests for extension in this matter are unlikely to be granted.

**IT IS, THEREFORE, ORDERED** that the "Third Joint Motion To Stay Briefing Schedule On Motion For Reference To The United States Bankruptcy Court For The Western District Of North Carolina" (Document No. 33) is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties to this action shall file either a joint stipulation of dismissal, or move this Court for a modified briefing schedule regarding the Motion for Reference, on or before **May 10, 2010**.

**SO ORDERED.**

Signed: April 29, 2010

David C. Keesler
United States Magistrate Judge